## VOUGHT, IMPLEADED WITH COLLINS, *v.* STATE OF WISCONSIN.

### ERROR TO THE SUPREME COURT OF THE STATE OF WISCONSIN.

No. 153. Argued for plaintiff in error April 15, 1910.—Decided April 18, 1910.

A writ of error to review a judgment of the Supreme Court of Wisconsin on the ground that ch. 90, Laws of 1903 and §§ 2524, 2530, 2533, Wisconsin statutes, are unconstitutional, as denying due process of law and equal protection of the law, dismissed for want of juris-

diction as the Federal question attempted to be raised is without merit.

Writ of error to review 136 Wisconsin, 6, dismissed for want of jurisdiction.

PLAINTIFF in error, having been convicted and sentenced, asserted that the law under which the jury was drawn was unconstitutional under the Fourteenth Amendment. Ch. 90, Laws of Wisconsin for 1903 and §§ 2524, 2530, 2533, Wisconsin statutes. The trial court sustained the demurrer of the State to this plea. The plea of plaintiffs in error was that it is a denial of equal protection of the law and of due process of law to be put on trial under an indictment found by persons selected by jury commissioners who are required by statute to be freeholders.

*Mr. A. W. Sanborn, Mr. Frank B. Lamoreaux, Mr. Allan T. Pray, Mr. Horace B. Walmsley* and *Mr. W. F. Bailey* for plaintiffs in error.

*Mr. Frank L. Gilbert,* Attorney General of the State of Wisconsin, *Mr. Victor T. Pierrelee, Mr. A. C. Titus* and *Mr. J. E. Messerschmidt* for defendant in error.

*Per Curiam.* Writ of error dismissed for want of jurisdiction. The Federal question attempted to be raised is without merit.